MEMORANDUM OPINION

 

No. 04-11-00144-CV

                                                                            

IN RE ELBEE
INVESTMENTS, ELBEE INVESTMENTS, INC., 

and Erma BLOCK

 

Original Mandamus
Proceeding[1]

 

PER CURIAM

 

Sitting:          Catherine Stone,
Chief Justice

                     Phylis
Speedlin, Justice

                     Steven
C. Hilbig, Justice

 

Delivered and Filed:  May 11, 2011

 

PETITION FOR WRIT OF MANDAMUS
DISMISSED

 

           On April 21, 2011, relator filed a motion to dismiss the pending petition for writ of
mandamus, which asks this court to dismiss the mandamus proceeding because the
parties have reached a settlement agreement.  Accordingly, relator’s petition
for writ of mandamus is DISMISSED.  See Tex. R. App. P. 42.1(a)(1).                                                                                                                                                                    PER
CURIAM

 

 

 









[1]
This proceeding arises out of Cause No. 2009-PC-2661, styled In the Estate
of Leo Block, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable
Polly Jackson Spencer presiding.